UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

                Plaintiff

                                Case No. 2:15-cv-11439-JCO-MKM

v.

                                Hon. John Corbett O'Meara

ANGELA M. REYES AND
VICKLY L. JOHNSON,

                Defendants
_____/

| | |
|---|---|
| David M. Davis (P24006) | Nicolas Camargo (P66385) |
| John M. Boyda (P39268) | Fedor, Camargo & Weston, PLC |
| Attorneys for Plaintiff | Attorneys for Defendant Angela Reyes |
| Hardy, Lewis & Page, P.C. | 401 S. Old Woodward Ave., Suite 410 |
| 401 S. Old Woodward Ave. Suite 410 | Birmingham, Michigan 48009 |
| Birmingham, Michigan 48009 | (248) 822-7160 |
| (248) 645-0800 | nc@fedorlaw.com |
| dmd@hardylewis.com | |

Michael J. Gildner (P49732)
Attorneys for Defendant Vicky Johnson
Simen, Figura & Parker, P.L.C.
5206 Gateway Centre, Suite 200
Flint, Michigan  48507
(810) 235-9000
mgildner@sfplaw.com
_____/

**ORDER ALLOWING THE DEPOSIT OF LIFE INSURANCE BENEFITS
INTO THE COURT, DISCHARGING METLIFE FROM LIABILITY,
AND DISMISSING  METLIFE ONLY FROM THIS ACTION**

      Pursuant to the stipulation of the parties;

      IT IS HEREBY ORDERED AND ADJUDGED that MetLife may deposit into the Registry of the Court the amount of Forty Four Thousand Four Hundred Sixty Eight and 00/100

Dollars ($44,468.00)(the "Plan Benefits"), plus any applicable interest, constituting the group life insurance benefits payable under the General Motors Group Life Insurance and Disability Benefits Program (the "Plan") by reason of the death of the Plan participant Dennis R. Johnson (the "Decedent").

IT IS FURTHER ORDERED that after MetLife deposits the Plan Benefits, plus any applicable interest, into the Registry of the Court in an interest bearing account established by the Court in accordance with Local Court Rule 67.1, the Clerk is authorized to deduct from the account any fee authorized by the Judicial Conference of the United States. In the event the check presented to the Court by MetLife is not a bank check or certified check, before depositing the check into an interest bearing account the Court may hold the check for a period of up to 14 days or until notified that the check has cleared, whichever occurs earlier.

IT IS FURTHER ORDERED that upon the deposit of the Plan Benefits, plus any applicable interest, by MetLife into the Registry of the Court, MetLife, the Plan, and General Motors shall be fully relieved of and discharged from any and all liability with respect to payment of the group life insurance benefits of the Decedent (the "Plan Benefits"), plus any applicable interest, payable under the Plan by reason of the death of the Decedent.

IT IS FURTHER ORDERED that the Defendants in this action are enjoined and restrained from instituting any other action in any state or United States court against MetLife, the Plan, and General Motors for recovery of the Plan Benefits or any portion thereof, plus any applicable interest, payable as a consequence of the death of the Decedent.

IT IS FURTHER ORDERED that upon the deposit of the Plan Benefits in the amount of Forty Four Thousand Four Hundred Sixty Eight and 00/100 Dollars ($44,468.00), plus any

applicable interest, into the Registry of the Court, MetLife is and hereby shall be DISMISSED WITH PREJUDICE from this action and without an award of costs, interest or attorney fees to any party.

Date: July 8, 2015                             <u>s/John Corbett O'Meara</u>
                                               United States District Judge



Copies sent to:

| | |
|---|---|
| David M. Davis (P24006) | Nicolas Camargo (P66385) |
| John M. Boyda (P39268) | Fedor, Camargo & Weston, PLC |
| Attorneys for Plaintiff | Attorneys for Defendant Angela Reyes |
| Hardy, Lewis & Page, P.C. | 401 S. Old Woodward Ave., Suite 410 |
| 401 S. Old Woodward Ave. Suite 410 | Birmingham, Michigan 48009 |
| Birmingham, Michigan 48009 | (248) 822-7160 |
| (248) 645-0800 | nc@fedorlaw.com |
| dmd@hardylewis.com | |

Michael J. Gildner (P49732)
Attorneys for Defendant Vicky Johnson
Simen, Figura & Parker, P.L.C.
5206 Gateway Centre, Suite 200
Flint, Michigan  48507
(810) 235-9000
mgildner@sfplaw.com